UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61236-CIV-DAMIAN/Valle

**DENA ISAACSON**,

    Plaintiff,

v.

**BAHR INVESTMENT GROUP, LLC,** *et al.*,

    Defendants.

_____/

## ORDER ON CASES WITH MULTIPLE DEFENDANTS

To better manage the orderly progress of this case, it is hereby **ORDERED** as follows:

1. The Plaintiff in this case shall file proof of service, as to each Defendant, within seven days of perfecting service on each Defendant.

2. The Defendants shall file their responses and motions jointly.

   a. If there are conflicts of position, the co-Defendants shall file a motion for leave to file separate responses or motions, in which they must describe what those conflicts are.

   b. If the co-Defendants need more than twenty pages for their joint responses or motions, they shall file a motion for leave to file excess pages, which the Court will consider expeditiously.

3. The co-Defendants may file separate answers to the complaint.[1] Unless otherwise ordered by the Court, the time for responsive pleadings—for all Defendants—begins

---

[1] If the Defendants file a joint response or motion, it must contain *all* bases for dismissal, stay, abstention, or other relief the Defendants intend to raise. Nothing in this Order precludes the Defendants from later raising (non-waivable) jurisdictional defenses.

to run once all Defendants have either (1) been served *or* (2) waived service. If the Defendants face response periods of different lengths—say, because one Defendant has been personally served whereas another has waived service—all Defendants will be subject to the longest of those response periods.

4. Although all Defendants will be subject to the longest of all response periods, each served Defendant must still file a notice of appearance within twenty-one (21) days of being served with the Complaint (or sixty (60) days if service is waived).

5. Failure to comply with these procedures may result in sanctions, including the striking of the motion(s) or response(s).

**DONE AND ORDERED** in Chambers at the Southern District of Florida this 24th day of June, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record