UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-61236-CIV-DAMIAN/Valle

**DENA ISAACSON**,

      Plaintiff,

v.

**BAHR INVESTMENT GROUP, LLC,** *et al.*,

      Defendants.

_____/

**ORDER ON *PRO SE* MOTION FOR EXTENSION OF TIME**

**THIS CAUSE** is before the Court upon Defendant, Tulum Tacos Restaurant Corp.'s ("Defendant"), Motion for Extension to Procure an Attorney [("Motion") ECF No. 7], filed by Defendant, *pro se*, on July 7, 2025.

The Court notes that Defendant Tulum Tacos Restaurant Corp. is a corporation that is not permitted to appear *pro se*, and, therefore, must be represented by licensed counsel at all times. *See e.g.*, *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). This rule applies even where the person seeking to represent the corporation is its president and major stockholder. *Id.* Here, no representation has been made that Israel Garcia Morales is an attorney serving as Defendant Tulum Tacos Restaurant Corp.'s counsel who may appear before the Court.

The Court also notes that the Motion does not comply with S.D. Fla. Local Rule 7.1(a)(2), which requires counsel for the movant to confer with opposing counsel prior to filing the motion and specify in the motion the date and manner of such conference, and the failure to abide by the conferral rule normally warrants denial of the motion. *See* S.D. Fla. L.R. 7.1(a)(2) ("Failure to comply with the requirements of this Local Rule may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction[.]").

Litigants not represented by counsel must still "conform to procedural rules." *Loren v. Sasser*, 309 F.3d 1296, 1304 (11th Cir. 2002).

However, in light of the fact that Tulum Tacos Restaurant Corp. is currently unrepresented by an attorney, this Court liberally construes Defendant's Motion and will grant the requested relief and grant an extension of time for Defendant to retain an attorney and respond to the Complaint. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant Tulum Tacos Restaurant Corp.'s Motion **[ECF No. 7]** is **GRANTED**. The deadline for Defendants to respond to Plaintiff's Complaint is extended through **August 8, 2025**.[1] It is further

**ORDERED** that Defendant Tulum Tacos Restaurant Corp. shall have until **August 8, 2025**, to retain counsel, who, by such date, must file a notice of appearance or show cause why a default should not be entered. Failure to do either may result in sanctions including default being entered without further notice. Defendant Tulum Tacos Restaurant Corp. make no further filings on the case docket until it is represented by counsel in accordance with this Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 9th day of July, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] This Order extends the deadline to respond for both Defendants consistent with this Court's Order On Cases With Multiple Defendants [ECF No. 4], under which when Defendants face response periods of different lengths, all Defendants are subject to the longest of those response periods. *See* [ECF No. 4 ¶ 3].

cc: Tulum Tacos Restaurant Corp.
c/o Israel Garcia Morales, *Pro se*
1700 SW 32nd Street
Fort Lauderdale, FL 33315