UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61236-CIV-DAMIAN/Valle

**DENA ISAACSON**,

    Plaintiff,

v.

**BAHR INVESTMENT GROUP, LLC,** *et al.*,

    Defendants.

_____/

### ORDER REFERRING CASE TO VOLUNTEER ATTORNEY PROGRAM

**THIS CAUSE** came before the Court upon *Pro Se*, Israel Garcia Morales's ("Morales"), as representative of Defendant Tulum Tacos Restaurant Corp., Motion for Referral to Volunteer Attorney Program ("Motion") [ECF No. 8], filed July 7, 2025.

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised. Under 28 U.S.C. § 1915(e)(1), a defendant has no constitutional right to counsel in a civil case, and the decision to appoint counsel is in the court's discretion. *See Suggs v. United States*, 199 F. App'x 804, 807 (11th Cir. 2006). Because Morales seeks only to have the case referred to the Volunteer Attorney Program and does not seek appointment of counsel, the Court agrees to do so.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 8**] is **GRANTED**.

2. This matter is referred to the Court's Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis if so desired.

3. The Clerk of Court is directed to obtain a description of the case and contact information from the file to post on the Court's website of available *pro bono* cases seeking volunteer lawyers. If the representation is accepted, the volunteer attorney shall enter an appearance in the case and thereafter will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel.

4. Defendant Tulum Tacos Restaurant Corp. is cautioned that this Order does not alter any deadlines in this case, including but not limited to the deadlines for Tulum Tacos Restaurant Corp. to retain an attorney and to respond to Plaintiff's Complaint, as established in the Order on *Pro Se* Motion for Extension of Time [ECF No. 9].

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 9th day of July, 2025.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc: Tulum Tacos Restaurant Corp.
c/o Israel Garcia Morales, *Pro se*
1700 SW 32nd Street
Fort Lauderdale, FL 33315